HERMAN O'REAR v. THE STATE.

No. 22327. Delivered December 9, 1942.

The opinion states the case.

*W. E. Martin*, of Abilene, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was charged with a violation of the local option liquor laws of Taylor County. The information and complaint also contained an allegation of repeated prior offenses, and upon a conviction he was fined the sum of $540.00.

The statement of facts shows a confession in open court of appellant to the charged offense, as well as the prior offenses. It is also shown therein that Taylor County was a dry area. There are no bills of exceptions in the record.

All proceedings appearing to be regular, and nothing being presented for review, the judgment is affirmed.